IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00949-RM-KAS

ROYAL CREST DAIRY, INC.,

        Plaintiff/Counterclaim Defendant,

v.

CONTINENTAL WESTERN INSURANCE COMPANY, a
corporation,

        Defendant/Counterclaim Plaintiff.

---

## JOINT NOTICE OF SETTLEMENT

Plaintiff Royal Crest Dairy, Inc. and Defendant Continental Western Insurance Company, through their respective counsel, hereby advise the Court that they have reached an agreement in principle to settle this matter and all claims for relief that were or could have been asserted in it. The parties are cooperating to finalize settlement paperwork and satisfy their obligations under their agreement and will file dismissal papers once all obligations are satisfied.

Dated:  February 7, 2024.                    Respectfully submitted,


*s/  Christopher Mammel*                      *s/  Terence M. Ridley*
Christopher Mammel                           Terence M. Ridley
Merlin Law Group, P.A.                       Linda J. Knight
1001 17th Street, Ste. 1150                  Kurt M. Rozelsky
Denver, CO 80202                             Spencer Fane LLP
Telephone: (720) 665-9680                    1700 Lincoln Street, Suite 2000
Facsimile: (720) 665-9681                    Denver, CO 80203
Email:                                       Telephone: (303) 839-3800
cmammel@merlinlawgroup.com                   Facsimile: (303) 839-3838
                                             Email:  tridley@spencerfane.com
                                                     lknight@spencerfane.com
                                                     krozelsky@spencerfane.com


Attorney for Plaintiff                       Attorneys for Defendant/Counterclaim Plaintiff
Royal Crest Dairy, Inc.                      Continental Western Insurance Company