IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00949-RM-KAS

ROYAL CREST DAIRY, INC.,

    Plaintiff/Counterclaim Defendant,

v.

CONTINENTAL WESTERN INSURANCE COMPANY, a corporation,

    Defendant/Counterclaim Plaintiff.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Royal Crest Dairy, Inc. and Defendant Continental Western Insurance Company (collectively the "Parties"), through their undersigned counsel, hereby stipulate to dismissal with prejudice of this action and any of the claims that each party did assert or could have asserted in this action, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: March 8, 2024. | Respectfully submitted, |

| | |
|---|---|
| *s/ Christopher Mammel* | *s/ Terence M. Ridley* |
| Christopher Mammel | Terence M. Ridley |
| Merlin Law Group, P.A. | Linda J. Knight |
| 1001 17th Street, Ste. 1150 | Kurt M. Rozelsky |
| Denver, CO 80202 | Spencer Fane LLP |
| Telephone: (720) 665-9680 | 1700 Lincoln Street, Suite 2000 |
| Facsimile: (720) 665-9681 | Denver, CO 80203 |
| Email: cmammel@merlinlawgroup.com | Telephone: (303) 839-3800 |
| | Facsimile: (303) 839-3838 |
| | Email:  tridley@spencerfane.com |
| |             lknight@spencerfane.com |
| |             krozelsky@spencerfane.com |
| | |
| Attorney for Plaintiff/Counterclaim Defendant, Royal Crest Dairy, Inc. | Attorneys for Defendant/Counterclaim Plaintiff Continental Western Insurance Company |